Joel D. Odou
Nevada Bar No. 7468
Christina M. Mamer
Nevada Bar No. 13181
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendant Nike Retail Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Nike Retail Services, Inc.,<br><br>　　　　Defendant. | Case No. 2:17-cv-01188-RFB-PAL<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND TIME FOR NIKE RETAIN SERVICES, INC. TO RESPOND TO COMPLAINT**<br><br>Trial Date:　　　None Set |

Defendant, Nike Retail Services, Inc. ("Defendant") and Plaintiff Kevin Zimmerman (Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file its responsive pleading to June 16, 2017.

**IT IS SO STIPULATED.**

DATED this 26th day of May, 2017.　　　　DATED this 26th day of May, 2017.

THE WILCHER FIRM　　　　　　　　　　WOOD, SMITH, HENNING & BERMAN LLP

 /s/ Whitney C. Wilcher　　　　　　　　　　 /s/ Christina M. Mamer
Whitney C. Wilcher, Esq.　　　　　　　　　Joel D. Odou
Nevada Bar No. 7212　　　　　　　　　　　Nevada Bar No. 7468
8465 W. Sahara Ave., Suite 111-236　　　　Christina M. Mamer
Las Vegas, NV 89117　　　　　　　　　　　Nevada Bar No. 13181
　　　　　　　　　　　　　　　　　　　　　7674 West Lake Mead Boulevard, Suite 150
*Attorneys for Plaintiff*　　　　　　　　　　Las Vegas, Nevada 89128-6644

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Nike Retain Services, Inc.*

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time for Defendant to file its responsive pleading is extended to June 16, 2017. s.

**IT IS SO ORDERED.**

DATED this 30th day of May, 2017.

_____
MAGISTRATE JUDGE

Respectfully submitted by:

DATED this 26th day of May, 2017

WOOD, SMITH, HENNING & BERMAN LLP

_____
Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644

*Attorneys for Nike Retain Services, Inc.*